In the Matter of HOLMES ELECTRIC PROTECTIVE COMPANY, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

Argued April 27, 1942; decided May 28, 1942.

*William C. Chanler, Corporation Counsel (Sol Charles Levine, Arthur A. Segall* and *Samuel J. Warms* of counsel), for appellant.

*Frank A. Fritz, Ralph W. Brown, John M. Farrell* and *Charles T. Russell* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.